# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M3 USA CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-5736 |
| | : | |
| KARIE HART, *et al.* | : | |

# ORDER

**AND NOW**, this 29th day of January 2021, upon considering Defendants' Motion to dismiss for lack of personal jurisdiction and for failure to state some claims (ECF Doc. No. 15), Plaintiff's Opposition (ECF Doc. No. 16), Defendants' Reply (ECF Doc. No. 17), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 15) is **GRANTED in part** and **DENIED in part**:

1. Defendants' Motion is **DENIED** as to personal jurisdiction over Karie Hart on all claims and over Atlas Primary, Inc. for all claims except tortious interference with contractual relations claims (Counts 8 and 9) involving soliciting former employees Hart and Haunert;

2. Defendants' Motion is **GRANTED** as to a lack of personal jurisdiction over Atlas Primary, Inc. for the tortious interference with contractual relations claim involving soliciting former employees Hart and Haunert (Counts 8 and 9) and we dismiss the injunction claim (Count 12) upon consent without prejudice as a potential remedy for other claims; and,

3. Defendants shall answer the remaining allegations no later than **February 12, 2021**.

_____
**KEARNEY, J.**