IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M3 USA CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-5736 |
| | : | |
| KARIE HART, *et al.* | : | |

# ORDER

**AND NOW**, this 9th day of July 2021, upon considering Plaintiff's Petition for reasonable fees and costs (ECF Doc. No. 56), Defendants' Opposition (ECF Doc. No. 59), Plaintiff's Reply (ECF Doc. No. 60), Plaintiff's supplemental memorandum (ECF Doc. No. 64), Defendants' supplemental memorandum (ECF Doc. No. 65), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Petition (ECF Doc. No. 56) is **GRANTED in part**;

2. We enter **JUDGMENT** in favor of Plaintiff and against Defendants jointly and severally for $238,560.13 in reasonable attorney's fees and $69,547.64 in reasonable costs consistent with the offer of judgment (ECF Doc. No. 54); and,

3. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**